

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2015

No. 04-15-00015-CR

Robert Alan **QUEEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 2063-CR
The Honorable Enrique Fernandez, Judge Presiding

## O R D E R

The clerk's record is due to be filed in this appeal by February 9, 2015. On January 12, 2015, the trial court clerk filed a motion requesting permission to file a paper copy of the clerk's record because Kinney County does not have the resources to file the record electronically. The trial court clerk also requested an extension of time to file the record. The motion is GRANTED. The trial court clerk may file a paper copy of the clerk's record, and the clerk's record must be filed no later than February 23, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court